IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ANDREA L.,<br><br>                 Plaintiff,<br><br>    vs.<br><br>ANDREW SAUL, Commissioner,<br>Social Security Administration<br><br>                 Defendant. | **4:21CV3120**<br><br><br>**ORDER** |

IT IS ORDERED that Plaintiff's motion to proceed in forma pauperis (Filing 2) is granted, and, accordingly, that:

1. Plaintiff shall be allowed to proceed without payment of the filing fee; and
2. The Clerk of the Court shall issue summonses as requested by Plaintiff (Filing 5).

Dated this 29th day of June, 2021.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge