IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ANDREA L., | 4:21CV3120 |
| Plaintiff, | |
| vs. | **ORDER** |
| KILOLO KIJAKAZI, Acting Commissioner of the Social Security Administration, | |
| Defendant. | |

IT IS ORDERED that Plaintiff's unopposed motion for extension of time (Filing 23) is granted. Plaintiff shall have until January 10, 2022, to file a motion for an order reversing the Commissioner's decision, or granting other relief, together with a supporting brief. *See* General Order No. 2015-05.

Dated this 13th day of December 2021.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge